**Ralph C. Spooner, OSB No. 732880**
E-mail: rspooner@smapc.com
**David E. Smith, OSB No. 124591**
E-mail: dsmith@smapc.com
SPOONER & MUCH, P.C.
530 Center Street N.E., Suite 712
Salem, OR 97301
Phone: 503-378-7777
Fax:    503-588-5899
Of Attorneys for Plaintiff State Farm
Fire and Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN A. BARNEY, HAMPTON BETTI, on behalf of T.B., a minor child, D & K INSTALLATIONS, LLC, a limited liability company, DEAN H. KLUG, and JOSH KLUG,<br><br>Defendants. | Case No. 6:23-cv-00110-MC<br><br>**STIPULATION FOR AN ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF DISMISSAL** |

      IT IS HEREBY STIPULATED by and between the attorneys for the respective parties herein that an Order can be entered directing the Clerk to enter Judgment dismissing this case with prejudice and without costs, disbursements or attorney fees being allowed to any party

/ / /

/ / /

/ / /

Page 1 – STIPULATION FOR AN ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF
      DISMISSAL

upon the grounds and  for the reason that the same has been fully settled and compromised.

<u>　　　12/21/23　　　　　　</u>　　　　　<u>s/ Michael E. Farnell　　　</u>
Date　　　　　　　　　　　　　　　　MICHAEL E. FARNELL, OSB# 922996
　　　　　　　　　　　　　　　　　　B. PARKER JONES, OSB# 191163
　　　　　　　　　　　　　　　　　　Of Attorneys for Defendants D & K
　　　　　　　　　　　　　　　　　　Installations, LLC; Dean H. Klug; and Josh
　　　　　　　　　　　　　　　　　　Klug
　　　　　　　　　　　　　　　　　　E-mail: mfarnell@pfglaw.com
　　　　　　　　　　　　　　　　　　　　　　　pjones@pfglaw.com
　　　　　　　　　　　　　　　　　　Fax: (503) 274-7979


<u>　　　12/21/23　　　　　　</u>　　　　　<u>s/ Ralph C. Spooner　　　</u>
Date　　　　　　　　　　　　　　　　RALPH C. SPOONER, OSB# 732880
　　　　　　　　　　　　　　　　　　DAVID E. SMITH, OSB# 124591
　　　　　　　　　　　　　　　　　　Of Attorneys for Plaintiff State Farm Fire and
　　　　　　　　　　　　　　　　　　Casualty Company
　　　　　　　　　　　　　　　　　　E-mail: rspooner@smapc.com
　　　　　　　　　　　　　　　　　　　　　　　dsmith@smapc.com
　　　　　　　　　　　　　　　　　　Fax: (503) 588-5899

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing **STIPULATION FOR AN ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF DISMISSAL** to the following:

Michael E. Farnell, OSB No. 922996
B. Parker Jones, OSB No. 191163
Parsons Farnell & Grein LLP
1030 SW Morrison St
Portland OR  97205
E-mail: mfarnell@pfglaw.com
             pjones@pfglaw.com
Fax: (503) 274-7979
  Of Attorneys for *Defendants D & K Installations, LLC; Dean H. Klug; and Josh Klug*

☒ by emailing a copy to said attorney at the above email address with consent of counsel;
☐ by mailing a copy in a sealed, first-class, postage prepaid envelope, addressed to said attorneys at the above address and deposited in the U.S. Mail;
☒ by serving correct copies thereof, certified by me as such, to attorneys via the United States District Court for the District of Oregon's CM/ECF filing system.

DATED this 21st day of December, 2023.

    s/ Ralph C. Spooner
    RALPH C. SPOONER, OSB# 732880
    DAVID E. SMITH, OSB# 124591
    Spooner & Much, P.C.
    Of Attorneys for Plaintiff State Farm Fire and Casualty Company
    E-mail: rspooner@smapc.com
                 dsmith@smapc.com
    Fax: (503) 588-5899