IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**STATE FARM FIRE AND CASUALTY COMPANY**,

        Plaintiff,

        v.

**KEVIN A BARNEY, et al.,**

        Defendants.

Civ. No. 6:23-cv-00110-MC

JUDGMENT

MCSHANE, Judge:

    Based on the record, this action is DISMISSED, with prejudice and without costs or fees.

IT IS SO ORDERED.

    DATED this 27th day of December, 2023.

                        /s/Michael McShane
                        Michael McShane
                      United States District Judge

1 – JUDGMENT